NICHOLAS GIORNO, Appellant, v. BANCO DI NAPOLI TRUST COMPANY OF NEW YORK et al., Respondents.— Order unanimously reversed, with ten dollars costs and disbursements, and the motion for summary judgment dismissing the first cause of action denied upon the ground that there are issues of fact as to the severance pay which must be determined upon a trial. (See opinion of Untermyer, J., in *Montefalcone* v. *Banco Di Napoli Trust Co.*, *ante*, p. 636, decided herewith.) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [180 Misc. 985.] [See 269 App. Div. 664.]

NICHOLAS GIORNO, Appellant, v. BANCO DI NAPOLI TRUST COMPANY OF NEW YORK et al., Respondents.— Order so far as appealed from, unanimously reversed, with ten dollars costs and disbursements, and the motion for summary judgment dismissing the third cause of action denied. There is at least a

triable issue as to whether there is a custom with respect to when a Christmas bonus is deemed earned. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 46.] [See 269 App. Div. 664.]